**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

|  |  |  |
|---|---|---|
| **In re:** | § § § | **Chapter 11** |
| **STEWARD HEALTH CARE SYSTEM LLC, et al.,** | § § § § | **Case No. 24-90213 (CML)** |
| **Debtors.**[1] | § § § § | **(Jointly Administered)** |
| | § § | |
| **MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,** | § § § § | **Adv. Pro. No. 26-03094 (CML)** |
| **Plaintiff,** | § § § | |
| **vs.** | § § § | |
| **TENET HEALTHCARE CORPORATION,** | § § § § | |
| **Defendant.** | § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE FIRST AMENDED COMPLAINT**

Mark Kronfeld, as Trustee (the "**Trustee**") of the SHC Creditor Litigation Trust, and pursuant to Federal Rule of Bankruptcy Procedure 9006(b)(1), moves the Court for entry of an order extending the deadline to file his First Amended Complaint, and in support thereof states as follows:

---

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

1

1.     Steward Healthcare System LLC, Steward Health Care Holdings LLC, and Steward Health Care Network, Inc. (the "**Original Plaintiffs**"), commenced an action on July 15, 2025, by filing the Original Complaint. Case 25-03593, *Mark Kronfeld v. Ralph de la Torre, et al.*, ECF No.

2.     On August 13, 2025, the Trustee filed a motion to substitute as Plaintiff, which the Court granted on September 8, 2025. *Id*. at ECF No. 39.

3.     The Trustee filed his Amended Complaint on November 21, 2025. *Id*. at ECF No. 76.

4.     On January 30, 2026, Defendant Tenet Healthcare Corporation ("**Tenet**") filed a motion to dismiss the Amended Complaint (the "**Motion to Dismiss**"). *Id*. at ECF No. 90.

5.     The Trustee filed his response to Tenet's Motion to Dismiss on March 6, 2026. *Id*. at ECF No. 137.

6.     On March 20, 2026, the Trustee and Tenet filed a joint stipulation to sever the Tenet Action. *Id*. at ECF No. 138. The Court entered its order severing the Tenet Action on March 23, 2026. *Id*. at ECF No. 139.

7.     Tenet filed its reply in support of its Motion to Dismiss on April 3, 2026. Case No. 26-03094, *Mark Kronfeld v. Tenet Healthcare Corporation*, ECF No. 143.

8.     On July 31, 2026, the Court entered its order dismissing the Trustee's Amended Complaint without prejudice and with leave to amend on or before August 13, 2026. *Id*. at ECF No. 157.

9.     The Trustee requires a brief extension because members of counsel's team have previously scheduled and longstanding family commitments that will limit counsels' ability to prepare a complete a First Amended Complaint before the current deadline.

10.     Accordingly, the Trustee requests a seven (7) day extension of the response deadline, through and including August 20, 2026.

11.     This motion for extension of time is presented in good faith and not for purposes of delay.  Further, no party will be unduly prejudiced by the granting of the relief requested.

12.     The undersigned has conferred with counsel for the Defendant, who has advised that they do not oppose the relief requested herein.

13.     A proposed order is being submitted contemporaneously with this motion for the Court's consideration.

WHEREFORE, the Trustee respectfully requests that the Court enter the proposed order extending the deadline for the Trustee to file his First Amended Complaint through and including August 20, 2026, or grant such other and further relief as the Court deems proper.

Dated: August 7, 2026

Respectfully submitted,

**REID COLLINS & TSAI LLP**

By: /s/ *Jeremy Wells*
William T. Reid IV (Tex. Bar No. 00788817)
(S.D. Tex. Bar No. 17074)
*Attorney-in-Charge*
Jeremy Wells (Tex. Bar No. 24098805)
(S.D. Tex. Bar No. 3081661)
Dylan Jones (Tex. Bar No. 24126834) (*pro hac vice*)
Taylor Lewis (Tex. Bar No. 24138317) (*pro hac vice*)
Julia Gokhberg (Tex. Bar No. 24144450) (*pro hac vice*)
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
djones@reidcollins.com

3

tlewis@reidcollins.com
jgokhberg@reidcollins.com

Eric D. Madden (Texas Bar No. 24013079)
(S.D. Tex. Bar No. 29231)
J. Benjamin King (Texas Bar No. 24046217)
(S.D. Tex. Bar No. 605914)
Richard Howell (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1601 Elm Street, 42nd Floor
Dallas, Texas 75201
Tel: (214) 420-8900
emadden@reidcollins.com
bking@reidcollins.com
rhowell@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

*Counsel to Mark Kronfeld, as Trustee of the
SHC Credit Litigation Trust*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on August 7, 2026, through the Court's CM/ECF system upon all parties registered to receive electronic notice in this adversary proceeding.

By: */s/ Jeremy Wells*
Jeremy Wells

4