**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**STEWARD HEALTH CARE SYSTEM LLC, et al.,**<br><br>**Debtors.**[1] | **Chapter 11**<br><br>**Case No. 24-90213 (CML)**<br><br>**(Jointly Administered)** |
| **MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TENET HEALTHCARE CORPORATION,**<br><br>**Defendant.** | **Adv. Pro. No. 26-03094**<br><br>**(CML)** |

**STIPULATION AND AGREED ORDER REGARDING SCHEDULE TO BRIEF TENET HEALTHCARE CORPORATION'S MOTION TO DISMISS**

Subject to the approval of the Court, Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust ("Plaintiff"), and Tenet Healthcare Corporation ("Tenet") stipulate and agree that:

**RECITALS**

**WHEREAS**, on July 15, 2025, Plaintiffs commenced this Adversary Proceeding upon filing a complaint, ECF 1, in the U.S. Bankruptcy Court for the Southern District of Texas, and summons were issued on July 16, 2025, ECF 5;

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**WHEREAS**, Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust established in accordance with the *Joint Chapter 11 Plan of Liquidation of Steward Health Care System LLC and Its Affiliated Debtors*, moved to be substituted as plaintiff on August 13, 2025, ECF 13;

**WHEREAS**, the Court granted the motion to substitute as plaintiff Mark Kronfeld, Trustee of the SHC Creditor Litigation Trust, on September 8, 2025, ECF 39;

**WHEREAS**, the Trustee filed the First Amended Complaint on November 21, 2025, ECF 76;

**WHEREAS**, on March 23, 2026, the Court severed the claims against Tenet in the First Amended Complaint pursuant to Federal Rule of Civil Procedure 21, ECF 139;

**WHEREAS**, upon severance, the First Amended Complaint remained the operative pleading in the severed action;

**WHEREAS**, on July 31, 2026, the Court granted Tenet's Motion to Dismiss, ECF 89, "Counts 12 and 14 of the Amended Complaint without prejudice," and granted Plaintiff "leave to file a further Amended Complaint," ECF 157 at 7;

**WHEREAS**, on August 11, 2026, the Court entered an order granting Plaintiff's request for an extension of time to file a second amended complaint, ECF 160;

**WHEREAS**, Plaintiff filed the Second Amended Complaint (titled "Amended Complaint") on August 20, 2026, ECF 162;

**WHEREAS**, the parties have conferred and reached agreement on the schedule to brief Tenet's motion to dismiss the Second Amended Complaint;

**WHEREFORE**, the parties stipulate and agree, and upon Court approval hereof it is ordered, that:

**STIPULATION AND ORDER**

1. The deadline for Tenet to move to dismiss the Second Amended Complaint is September 18, 2026.

2. The deadline for Plaintiff's response to Tenet's motion to dismiss the Second Amended Complaint is October 20, 2026.

3. The deadline for Tenet's reply brief in support of its motion to dismiss the Second Amended Complaint is November 5, 2026.

4. The parties may amend or modify the terms of this Order, subject to agreement with all parties affected by such amendment or modification, without further order by the Court upon filing written notice of such amendment or modification with the Court or by the Court for good cause shown.

5. All time periods set forth in this order shall be calculated in accordance with Federal Rule of Bankruptcy Procedure 9006(a).

6. This Order shall be immediately effective and enforceable upon its entry.

7. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Signed: ______________________ ______________________________________

Houston, Texas

Hon. Christopher Lopez
**UNITED STATES BANKRUPTCY JUDGE**

Dated: September 1, 2026
Houston, Texas

*/s/ Anna G. Rotman, P.C.*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anna G. Rotman, P.C. (TX Bar No. 24046761)
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
Email: anna.rotman@kirkland.com

- and –

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com

- and –

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard U.S. Howell, P.C. (admitted *pro hac vice*)
Christopher S. Koenig (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rhowell@kirkland.com
chris.koenig@kirkland.com

*Counsel to Defendant Tenet Healthcare Corporation*

By: */s/ William T. Reid IV*
William T. Reid IV (Tex. Bar No. 00788817)
(S.D. Tex. Bar No. 17074)
*Attorney-in-Charge*
Jeremy Wells (Tex. Bar No. 24098805)
(S.D. Tex. Bar No. 3081661)
Dylan Jones (Tex. Bar No. 24126834) (*pro hac vice*)
Taylor Lewis (Tex. Bar No. 24138317) (*pro hac vice*)
Julia Gokhberg (Tex. Bar No. 24144450) (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1301 S. Capital of Texas Hwy.
Building C, Suite 300
Austin, Texas 78746
Tel: (512) 647-6100
wreid@reidcollins.com
jwells@reidcollins.com
djones@reidcollins.com
tlewis@reidcollins.com
jgokhberg@reidcollins.com

Eric D. Madden (Tex. Bar No. 24013079)
(S.D. Tex. Bar No. 29231)
J. Benjamin King (Tex. Bar No. 24046217)
(S.D. Tex. Bar No. 605914)
Richard Howell (*pro hac vice*)
**REID COLLINS & TSAI LLP**
1445 Ross Avenue, Suite 2900
Dallas, Texas 75202
Tel: (214) 420-8900
emadden@reidcollins.com
bking@reidcollins.com
rhowell@reidcollins.com

Jeffrey E. Gross (*pro hac vice*)
Yonah Jaffe (*pro hac vice*)
**REID COLLINS & TSAI LLP**
420 Lexington Avenue, Suite 2515
New York, NY 10170
Tel.: (212) 344-5200
jgross@reidcollins.com
yjaffe@reidcollins.com

*Counsel to Mark Kronfeld, as Trustee of the SHC Creditor Litigation Trust*

**CERTIFICATE OF SERVICE**

I certify that on September 1, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the U.S. Bankruptcy Court for the Southern District of Texas.

*/s/ Anna G. Rotman, P.C.*