United States Bankruptcy Court
Southern District of Texas
**ENTERED**
September 14, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **In re:** | § | **Chapter 11** |
| **STEWARD HEALTH CARE SYSTEM LLC, et al.,** | § | **Case No. 24-90213 (CML)** |
| | § | **(Jointly Administered)** |
| **Debtors.**[1] | § | |
| **MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,** | § | **Adv. Pro. No. 26-03094 (CML)** |
| **Plaintiff,** | § | |
| **vs.** | § | |
| **TENET HEALTHCARE CORPORATION,** | § | |
| **Defendant.** | § | |

**ORDER**

The Court has considered *Plaintiff's Motion for Leave to File Under Seal* (the "**Motion**") filed by Mark Kronfeld as Trustee of the SHC Creditor Litigation Trust (the "**Litigation Trustee**") in the above-captioned Tenet Proceeding. Notice of the Motion is appropriate, and good cause exists to grant the requested relief under Bankruptcy Code Section 107(b). It is therefore:

**ORDERED** that the Litigation Trustee is authorized to file his unredacted Amended Complaint in the Tenet Proceeding under seal.

Signed: September 14, 2026

Christopher Lopez
United States Bankruptcy Judge