**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**STEWARD HEALTH CARE SYSTEM LLC, et al.,**<br><br>**Debtors.**[1]<br><br>**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TENET HEALTHCARE CORPORATION,**<br><br>**Defendant.** | **Chapter 11**<br><br>**Case No. 24-90213 (CML)**<br><br>**(Jointly Administered)**<br><br>**Adv. Pro. No. 26-03094 (CML)** |

**TENET HEALTHCARE CORPORATION'S UNOPPOSED MOTION FOR BRIEFING ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

**This motion seeks an order that may adversely affect you. If you oppose the motion, you should immediately contact the moving party to resolve the dispute. If you and the moving party cannot agree, you must file a response and send a copy to the moving party. You must file and serve your response within 21 days of the date this was served on you. Your response must state why the motion should not be granted. If you do not file a timely response, the relief may be granted without further notice to you. If you oppose the motion and have not reached an agreement, you must attend the hearing. Unless the parties agree otherwise, the court may consider evidence at the hearing and may decide the motion at the hearing. Represented parties should act through their attorney.**

Defendant Tenet Healthcare Corporation ("Tenet") moves ("Motion") unopposed for entry of the attached Order ("Order") authorizing Tenet to file a motion to dismiss the second amended complaint of Plaintiff Mark Kronfeld, as trustee of the SHC Litigation Trust ("Plaintiff"), of no more than 33 pages in length. In support, Tenet states:

1. The United States Bankruptcy Court for the Southern District of Texas (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b).

2. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

3. The bases for the relief requested herein are 11 U.S.C. § 105(a) and rules 1075-1, 9013-1 of the Bankruptcy Local Rules of the U.S. Bankruptcy Court for the Southern District of Texas ("Bankruptcy Local Rules").

4. On August 20, 2026, Plaintiff filed a second amended complaint in this adversary proceeding, asserting claims against Tenet for constructive fraudulent transfer and disallowance. Dkt. 162, 2d. Am. Compl. ¶¶ 77–88 ("Second Amended Complaint").

5. Tenet intends to move to dismiss these claims.

6. Tenet and Plaintiff have conferred, and Plaintiff does not oppose Tenet's request to file a brief of no more than 33 pages in length. Tenet likewise agrees not to object to a reciprocal

extension of Plaintiff's page limit for any response in opposition.

7. The Bankruptcy Local Rules do not address page limits for motions to dismiss and response briefs.

8. Good cause exists to grant the Motion so that Tenet has sufficient space to address the issues raised by the 88-paragraph 27-page Second Amended Complaint.

WHEREFORE, Tenet respectfully requests that this Court enter the Order granting Tenet no more than 33 pages for its motion to dismiss the Second Amended Complaint.

Dated: September 17, 2026
Houston, Texas

*/s/ Anna G. Rotman, P.C.*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Anna G. Rotman, P.C. (TX Bar No. 24046761)
609 Main Street
Houston, Texas 77002
Telephone: (713) 836-3600
Facsimile: (713) 836-3601
Email: anna.rotman@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Joshua Sussberg, P.C. (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: jsussberg@kirkland.com

- and -

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Richard U.S. Howell, P.C. (admitted *pro hac vice*)
Christopher S. Koenig (admitted *pro hac vice*)
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: rhowell@kirkland.com
chris.koenig@kirkland.com

*Counsel to Defendant Tenet Healthcare Corporation*

**CERTIFICATE OF SERVICE**

I certify that on September 17, 2026, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Anna G. Rotman, P.C.*
Anna G. Rotman, P.C.