United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **In re:**<br><br>**STEWARD HEALTH CARE SYSTEM LLC, et al.,**<br><br>**Debtors.**[1]<br><br>**MARK KRONFELD, AS TRUSTEE OF THE SHC CREDITOR LITIGATION TRUST,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**TENET HEALTHCARE CORPORATION,**<br><br>**Defendant.** | **Chapter 11**<br><br>**Case No. 24-90213 (CML)**<br><br>**(Jointly Administered)**<br><br>**Adv. Pro. No. 26-03094 (CML)** |

**ORDER GRANTING TENET HEALTHCARE CORPORATION'S UNOPPOSED MOTION FOR BRIEFING ITS MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

[1] A complete list of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/Steward. The Debtors' service address for these Chapter 11 Cases is 1900 N. Pearl Street, Suite 2400, Dallas, Texas 75201.

Upon the unopposed motion (the "Motion")[2] of Defendant Tenet Healthcare Corporation for entry of an order (this "Order") granting Tenet no more than 33 pages for its motion to dismiss the Second Amended Complaint; this Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); this this Court having found that venue of this proceeding in this district is permissible pursuant to 28 U.S.C. §§ 1408 and 1409; this Court having found that Tenet's notice of the Motion and opportunity for hearing on the Motion were appropriate and no other notice need be provided; this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court, it is HEREBY ORDERED THAT Tenet is authorized to file a motion to dismiss the Second Amended Complaint of no more than 33 pages in length.

Signed: October 19, 2026

Christopher Lopez
United States Bankruptcy Judge

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Motion.